**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHN WESLEY UNITED METHODIST CHURCH,** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:19-cv-00047** |
| | § | |
| **CHURCH MUTUAL INSURANCE COMPANY,** | § | |
| *Defendant* | § | |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, **JOHN WESLEY UNITED METHODIST CHURCH** and Defendant, **CHURCH MUTUAL INSURANCE COMPANY** respectfully submit this Joint Stipulation of Dismissal with Prejudice, and state as follows:

1.      Plaintiff is **JOHN WESLEY UNITED METHODIST CHURCH**; Defendant is **CHURCH MUTUAL INSURANCE COMPANY**.

2.      Plaintiff brought the instant action in the 24th Judicial District Court of Victoria County, Texas on May 7, 2019. Defendant was served on May 10, 2019, and timely removed the action to this court on May 29, 2019. Defendant has not asserted a counterclaim nor does Defendant seek any affirmative relief herein.

3.      The parties advise that they have reached a voluntary and agreed settlement addressing each and all of Plaintiff's claims and causes of action against Defendant herein.

4.    Plaintiff voluntarily dismisses this suit pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). This dismissal affects all claims and causes of action related to the allegations asserted in this lawsuit.

5.    Defendant, who has appeared herein, agrees to the dismissal. No other parties have been named or appeared in this matter.

6.    The parties aver as follows with regard to the nature of this case:

a.    This case is not a class action (FED. R. CIV. P. 23);

b.    This case is not a derivative action (FED. R. CIV. P. 23.1);

c.    This case is not an action related to an unincorporated association (FED. R. CIV. P. 23.2); and

d.    This case does not involve a suit by or against a receiver, nor has any receiver been appointed or sought in this case (FED. R. CIV. P. 66).

7.    This civil action is not governed by any federal statute that requires a court order for dismissal of the case.

8.    Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9.    Pursuant to FED. R. CIV. P. 41(a)(1)(B), the parties stipulate that this dismissal is intended to be **with prejudice.**

10.    The parties further stipulate that all costs and other expenses shall be borne by the party incurring same.

11.    Pursuant to the foregoing, the parties respectfully request that the Court enter an Order dismissing this matter with prejudice.

Signed: October 18, 2021                    Respectfully submitted,


                                            */s/ Derek L. Fadner*_____
                                            **McCLENNY MOSELEY & ASSOCIATES, PLLC**
                                            James M. McClenny
                                            State Bar No. 24091857
                                            J. Zachary Moseley
                                            State Bar No. 24092863
                                            Derek L. Fadner
                                            State Bar No. 24100081
                                            516 Heights Blvd
                                            Houston, Texas 77007
                                            Principal Office No. 713-334-6121
                                            Facsimile: 713-322-5953
                                            james@mma-pllc.com
                                            zach@mma-pllc.com
                                            sean@mma-pllc.com

                                            ***Attorneys for Plaintiff***
                                            **JOHN WESLEY UNITED METHODIST CHURCH**

                                                   *- and -*


                                            By:_____
                                            Marc A. Sheiness, Attorney-in-Charge
                                            Texas State Bar No. 18187500
                                            Todd F. Newman
                                            Texas State Bar No. 24032906
                                            SHEINESS, GLOVER, & GROSSMAN, L.L.P.
                                            4544 Post Oak Place Drive, Suite 270
                                            Houston, Texas 77027
                                            Telephone: (713) 374-7005
                                            Facsimile:  (713) 374-7049
                                            msheiness@hou-law.com
                                            tnewman@hou-law.com

                                            ***Attorneys for Defendant***
                                            **CHURCH MUTUAL INSURANCE COMPANY**