Case 6:19-cv-00047   Document 26   Filed on 10/18/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **JOHN WESLEY UNITED METHODIST CHURCH,** | § § § | |
| *Plaintiff* | § | |
| **v.** | § § | CIVIL ACTION NO. 6:19-cv-00047 |
| **CHURCH MUTUAL INSURANCE COMPANY,** | § § § | |
| *Defendant* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Parties' Joint Stipulation of Dismissal, hereby **DISMISSES** this matter with prejudice.

All costs will be borne by the party incurring same.

SIGNED this  18th  day of October, 2021.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

*/s/ Derek L. Fadner*
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081
516 Heights Blvd
Houston, Texas 77007
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
james@mma-pllc.com
zach@mma-pllc.com
sean@mma-pllc.com
*Attorneys for Plaintiff*
**JOHN WESLEY UNITED METHODIST CHURCH**

By: _____
Marc A. Sheiness, Attorney-in-Charge
Texas State Bar No. 18187500
Todd F. Newman
Texas State Bar No. 24032906
SHEINESS, GLOVER, & GROSSMAN, L.L.P.
4544 Post Oak Place Drive, Suite 270
Houston, Texas 77027
Telephone: (713) 374-7005
Facsimile: (713) 374-7049
msheiness@hou-law.com
tnewman@hou-law.com

*Attorneys for Defendant*
**CHURCH MUTUAL INSURANCE COMPANY**

2